IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| WOODY M. RIPPETOE | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:08-CV-210 |
| KEITH ROY | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Woody M. Rippetoe, an inmate currently confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, filed a notice of appeal in the above-referenced cause of action relating to his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Along with his notice of appeal, petitioner filed an application to proceed *in forma pauperis*.

The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends petitioner's application to proceed *in forma pauperis* be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. Petitioner's application to proceed *in forma pauperis* on appeal is **DENIED**.

**SIGNED this 5th day of October, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE